**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

---

No. 25-3417

---

Paul Berry, III, As Next Friend of "L.B."

Plaintiff - Appellant

v.

Pattonville R-111 School District Board of Education; Pattonville School District; Jeanne Schottmueller; Barry Nelson; Latoria Cain, also known as Tori Cain

Defendants - Appellees

Tisha Ashford; Jason Sellers

Defendants

Samantha Wandersee

Defendant - Appellee

Makensie Williams; Jan Schweiss

Defendants

Allison Collins; Kelly Gordon

Defendants - Appellees

---

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:25-cv-00773-JAR)

---

**JUDGMENT**

Appellant has not responded to the court's order entered March 5, 2026. It is hereby ordered that this appeal is dismissed for failure to prosecute. See Eighth Circuit Rule 3C.

Mandate shall issue forthwith.

April 08, 2026

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

---

/s/ Susan E. Bindler